IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Barry R. Holden, Jr. and Traci L. Holden,<br>　　　　　Debtor(s) | Bankruptcy No. 22-21372-GLT<br><br>Chapter 13<br><br>Related to Document No. 25, 27 |

**CERTIFICATE OF SERVICE OF
ORDER TERMINATING PAYROLL DEDUCTION**

　　　I certify under penalty of perjury that I served the above captioned pleading on the parties listed below on July 28, 2022.

　　　The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail, postage pre-paid to:

　　　　　Pathways Human Services of PA, LLC
　　　　　c/o Payroll Coordinator
　　　　　10304 Spotsylvania Ave, Suite 300
　　　　　Fredericksburg, VA 22408

　　　If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  July 28, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Corey J. Sacca*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Corey J. Sacca, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　20 N. Pennsylvania Ave, Suite 201
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Greensburg, PA  15601-2337
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　csacca@bononilaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(724) 832-2499
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PA ID# 306741

**PAWB Local Form 7 (07/13)**