UNITED STATE BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/28/22 11:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In Re:
Barry R. Holden, Jr. and Traci L. Holden,
    Debtor(s)

Traci L Holden
    Movant
            v.
Pathways Human Services of PA, LLC and
Ronda J. Winnecour, Trustee,
    Respondent(s)

Bankruptcy No. 22-21372-GLT

Chapter 13

Related to Dkt. No. 25

### ORDER TERMINATING PAYROLL DEDUCTION

    Upon representation of the above named Joint Debtor, Traci L. Holden, , having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 plan through Pathways Human Services of PA, LLC. Further, it being represented that Debtor Barry R. Holden will fund the Chapter plan payments entirely by his wage attachment.

    IT IS THEREFORE, ORDERED that the wage attachment currently in place with Pathways Human Services of PA, LLC is terminated.

    IT IS FURTHER ORDERED that this Order supersedes previous Orders made to the above named entity and counsel for the Joint Debtor shall serve a copy of this Order upon the Respondents within five (5) days of entry of this Order.

    IT IS FURTHER ORDERED that the above named entity shall not charge any fee to the Joint Debtor for the administration of this attachment Order except as may be allowed upon application to and Order of this Court.

Dated this __28th__ day of __July__, 2022.

BY THE COURT:

_____
Gregory L. Taddonio    jah
United States Bankruptcy Judge

Prepared by:
Corey J. Sacca, Esq.

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21372-GLT |
| Barry R. Holden, Jr. | Chapter 13 |
| Traci L. Holden | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 28, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barry R. Holden, Jr., Traci L. Holden, 951 Lloyd Avenue, Latrobe, PA 15650-2650 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Corey J. Sacca | on behalf of Debtor Barry R. Holden  Jr. csacca@bononilaw.com, coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Corey J. Sacca | on behalf of Joint Debtor Traci L. Holden csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Jul 28, 2022 Form ID: pdf900 Total Noticed: 1
TOTAL: 4