FILED
5/31/23 12:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: ) <br> BARRY R. HOLDEN JR. and TRACI L. ) <br> HOLDEN, his wife ) <br>         Debtors ) <br> ) <br> PEOPLES NATURAL GAS COMPANY, ) <br> LLC ) <br>         Movant, ) <br>         vs. ) <br> BARRY R. HOLDEN JR. and TRACI L. ) <br> HOLDEN, his wife, and RONDA J. ) <br> WINNECOUR, ESQUIRE, Trustee ) <br>         Respondents. ) | BANKRUPTCY CASE NO. 22-21372 <br><br> MOTION NO. <br> CHAPTER 13 <br><br> RELATED TO DOC. NO. 53 |

ORDER OF COURT

AND NOW, to-wit, this  31st  day of _____May_____, 2023, upon Motion of the Peoples Natural Gas Company, LLC, service of the same upon Debtors and Debtors' Counsel and failure of the same to Object or Respond, it is hereby ORDERED, ADJUDGED and DECREED  that:

1.    The Debtors have failed to pay their utility bills and/or security deposit to the Peoples Natural Gas Company, LLC as and when they became due post petition.  The Peoples Natural Gas Company, LLC is entitled to be paid for this administrative claim and either to terminate utility service to the Debtors or be granted adequate assurance of future payment.

2.    The Court finds that continued utility service is necessary for an effective reorganization by the Debtors.   Therefore, the administrative claims of the Peoples Natural Gas Company, LLC as set forth in the foregoing Motion are hereby allowed and are to be paid through the Chapter 13 Plan.  In addition, as further adequate assurance of payment, the Debtors are hereby ordered to hereafter make the monthly budget payment for utility service provided by Peoples Natural Gas Company, LLC through the Trustee as part of the Chapter 13 Plan.  The <u>budget</u> payment as of the date of this Order is $52.00.  **The <u>total amount to be included</u> in the Plan, including budget and arrearages, is set forth in <u>paragraph four</u> (4) of this Order.**

3.    In order to pay the combined administrative claims and ongoing budget of the Peoples Natural Gas Company, LLC, the Plan payment must be increased.    Distribution to Peoples Natural Gas Company, LLC must begin effective beginning in July of 2023.

   4. To provide for the claims allowed in this Order, and to provide the ongoing budget as adequate assurance, the sum of $69.75 shall be distributed to the Movant, the Peoples Natural Gas Company, LLC over the life of the Plan, and shall be paid at priority level three (3). The Trustee is hereby authorized and directed to make immediate interim distribution of the funds due to the Peoples Natural Gas Company, LLC.

   5. If the ongoing budget required to maintain utility service to the Debtors should increase significantly, the monthly amount due on this long term continuing debt may be amended by Peoples Natural Gas Company, LLC in accord with its usual procedures upon notice to the Debtors or their attorney and the Chapter 13 Trustee.  Whatever sums may remain due on the post petition account once this case has concluded will not be discharged, and remain the liability of the Debtors.

   6. If the counsel for the Debtors has not consented to the Order by signing below, this Order is entered by Default subject to the Debtors' right to seek reconsideration of this Order, by written Motion, within twenty (20) days of the date of this Order.

   7. Unless reconsideration of this Order is timely sought, the Debtor's counsel or the Debtor are hereby ordered to file an amended plan including Peoples Natural Gas Company, LLC as set forth in this Order within fifteen (15) days of the date of this Order. Debtor's counsel or Debtor shall simultaneously file an amended wage order which shall be in the amount required by the amended plan.

   8. The debtor's post petition account number is xxxxxxxx7278.

Movant shall serve a copy of this Order and the Motion on the respondent(s), their counsel, the Trustee, and the U.S. Trustee. Movant shall file a certificate of service within three (3) business days.

Prepared by: Jeffrey Hunt, Esq.

**DEFAULT ENTRY**

Dated: May 31, 2023

Gregory L. Taddonio jlm
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21372-GLT |
| Barry R. Holden, Jr. | Chapter 13 |
| Traci L. Holden | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 31, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barry R. Holden, Jr., Traci L. Holden, 951 Lloyd Avenue, Latrobe, PA 15650-2650 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Corey J. Sacca | |
| | on behalf of Debtor Barry R. Holden  Jr. csacca@bononilaw.com, coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Corey J. Sacca | |
| | on behalf of Joint Debtor Traci L. Holden csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Jeffrey Hunt | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Office of the United States Trustee | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: May 31, 2023 | Form ID: pdf900 | Total Noticed: 1

        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

William E. Craig
        on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7