IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Barry R. Holden, Jr. and Traci L. Holden
Debtor(s)

Bankruptcy No. 22-21372-GLT

Chapter 13

Related to Document No. 68. 69

**CERTIFICATE OF SERVICE OF AMENDED ORDER TO PAY TRUSTEE
PURSUANT TO WAGE ATTACHMENT AND LOCAL FORM 12**

I certify under penalty of perjury that I served the above captioned pleading on the parties listed below on September 9, 2024.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail, postage pre-paid to:

      Watts Truck Center Inc.
      c/o Payroll Coordinator
      Route 22 PO Box 707
      New Alexandria, PA 15670

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  September 9, 2024

        */s/ Corey J. Sacca*
        Corey J. Sacca, Esquire
        20 N. Pennsylvania Ave, Suite 201
        Greensburg, PA  15601-2337
        csacca@bononilaw.com
        (724) 832-2499
        PA ID# 306741

**PAWB Local Form 7 (07/13)**