## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

02/27/2026

IN RE:

| | |
|---|---|
| BARRY R. HOLDEN, JR. | Case No.22-21372 GLT |
| TRACI L. HOLDEN | |
| 951 LLOYD AVENUE | Chapter 13 |
| LATROBE,  PA  15650 | |
| XXX-XX-8317          Debtor(s) | |

XXX-XX-2366

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/27/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **THE BUREAUS** | Trustee Claim Number:1 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O PRA RECEIVABLES MGMT | Court Claim Number: | | ACCOUNT NO.: |
| PO BOX 41021 | | | |
| | CLAIM: 0.00 | | |
| NORFOLK, VA 23541 | COMMENT: FNB OF OMAHA/PRAE | | |

| | | | |
|---|---|---|---|
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FII** | Trustee Claim Number:2 | INT %: 5.25% | CRED DESC: VEHICLE |
| PO BOX 183853 | Court Claim Number:2 | | ACCOUNT NO.: 9355 |
| | CLAIM: 26,040.59 | | |
| ARLINGTON, TX 76096 | COMMENT: $CL2GOV@TERMS/PL*PMT/CONF*$CL-PL@5.25%/PL*COSIGNER=JACOB M HOLDI | | |

| | | | |
|---|---|---|---|
| **LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:3 | INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O NATIONSTAR MORTGAGE LLC D/B/A MR CO | Court Claim Number:13 | | ACCOUNT NO.: 1918 |
| PO BOX 619094 | | | |
| | CLAIM: 0.00 | | |
| DALLAS, TX 75261-9741 | COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 8/22*FR FLAGSTAR-DOC 73 | | |

| | | | |
|---|---|---|---|
| **PA STATE EMPLOYEES CU/PSECU** | Trustee Claim Number:4 | INT %: 5.25% | CRED DESC: VEHICLE |
| POB 67013 | Court Claim Number:11 | | ACCOUNT NO.: 8317 |
| | CLAIM: 4,673.15 | | |
| HARRISBURG, PA 17106-7013 | COMMENT: 4892@5.25%/PL*LOAN 14*2.99%/FACE | | |

| | | | |
|---|---|---|---|
| **ASPIRE/CARD SVCS**\*\* | Trustee Claim Number:5 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 105341 | Court Claim Number: | | ACCOUNT NO.: 2008 |
| | CLAIM: 0.00 | | |
| ATLANTA, GA 30348-5341 | COMMENT: NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:6 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:9 | | ACCOUNT NO.: 4365 |
| | CLAIM: 2,884.54 | | |
| CHARLOTTE, NC 28272-1083 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(\*)** | Trustee Claim Number:7 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC* | Court Claim Number:4 | | ACCOUNT NO.: 1690 |
| PO BOX 27288 | | | |
| | CLAIM: 514.24 | | |
| TEMPE, AZ 85282 | COMMENT: CITIBANK | | |

| | | | |
|---|---|---|---|
| **CHASE CARD SERVICES**\*\* | Trustee Claim Number:8 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | | ACCOUNT NO.: 3253 |
| | CLAIM: 0.00 | | |
| WILMINGTON, DE 19850 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **COMENITY BANK++** | Trustee Claim Number:9 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 182272 | Court Claim Number: | | ACCOUNT NO.: 9562 |
| | CLAIM: 0.00 | | |
| COLUMBUS, OH 43218 | COMMENT: NT ADR~KINGSIZE/SCH | | |

| | | | |
|---|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST** | Trustee Claim Number:10 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:8 | | ACCOUNT NO.: 3045 |
| PO BOX 2489 | | | |
| | CLAIM: 376.67 | | |
| KIRKLAND, WA 98083-2489 | COMMENT: X7647/SCH*KINGSIZE/SCH*ROMANS | | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:6 | ACCOUNT NO.:  0107 |
| PO BOX 2489 | | |
| | CLAIM:  366.57 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  X5044/SCH*KINGSIZE/SCH | |

| | | |
|---|---|---|
| **COMENITY BANK++** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.:  7755 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43218 | COMMENT:  NT ADR~ROAMANS/SCH | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:3 | ACCOUNT NO.:  8034 |
| PO BOX 2489 | | |
| | CLAIM:  667.59 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  X7755/SCH*ROAMANS/COMENITY | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:5 | ACCOUNT NO.:  7871 |
| PO BOX 2489 | | |
| | CLAIM:  302.10 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  COMENITY/IKEA | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:7 | ACCOUNT NO.:  4732 |
| PO BOX 2489 | | |
| | CLAIM:  471.47 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  X9562/SCH*ONETOP/COMENITY | |

| | | |
|---|---|---|
| **DERRY AREA FCU** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 160 EAST 1ST AVE | Court Claim Number: | ACCOUNT NO.:  6479 |
| | CLAIM:  0.00 | |
| DERRY, PA  15627 | COMMENT: | |

| | | |
|---|---|---|
| **DISCOVER BANK(\*)** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number: | ACCOUNT NO.:  9721 |
| PO BOX 3025 | | |
| | CLAIM:  0.00 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **ENHANCED RECOVERY COMPANY++** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 8014 BAYBERRY RD | Court Claim Number: | ACCOUNT NO.:  6877 |
| | CLAIM:  0.00 | |
| JACKSONVILLE, FL  32256-7412 | COMMENT:  SPRINT/SCH | |

| | | |
|---|---|---|
| **ONE MAIN FINANCIAL(\*)** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 3251 | Court Claim Number: | ACCOUNT NO.:  3039 |
| | CLAIM:  0.00 | |
| EVANSVILLE, IN  47731-3251 | COMMENT:  H-HOLD/SCH | |

| | | |
|---|---|---|
| **KOHLS** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PERITUS PORTFOLIO SERVICES II LLC | Court Claim Number: | ACCOUNT NO.:  3661 |
| PO BOX 141509 | | |
| | CLAIM:  0.00 | |
| IRVING, TX  75014 | COMMENT:  NT ADR~CAP 1/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **KOHLS** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PERITUS PORTFOLIO SERVICES II LLC | Court Claim Number: | ACCOUNT NO.: 3661 |
| PO BOX 141509 | | |
| | CLAIM:  0.00 | |
| IRVING, TX  75014 | COMMENT:  NT ADR~CAP 1/SCH | |

| | | |
|---|---|---|
| **MERRICK BANK** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS** | Court Claim Number:1 | ACCOUNT NO.: 0095 |
| POB 10368 | | |
| | CLAIM:  1,869.95 | |
| GREENVILLE, SC  29603-0368 | COMMENT: | |

| | | |
|---|---|---|
| **MISSION LANE** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 105286 | Court Claim Number: | ACCOUNT NO.: 9332 |
| | CLAIM:  0.00 | |
| ATLANTA, GA  30348 | COMMENT: | |

| | | |
|---|---|---|
| **MISSION LANE** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 105286 | Court Claim Number: | ACCOUNT NO.: 3770 |
| | CLAIM:  0.00 | |
| ATLANTA, GA  30348 | COMMENT: | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:17 | ACCOUNT NO.: 8836 |
| | CLAIM:  650.75 | |
| NORFOLK, VA  23541 | COMMENT:  FAIR SQUARE | |

| | | |
|---|---|---|
| **ONE MAIN FINANCIAL(*)** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 3251 | Court Claim Number: | ACCOUNT NO.: 3039 |
| | CLAIM:  0.00 | |
| EVANSVILLE, IN  47731-3251 | COMMENT: | |

| | | |
|---|---|---|
| **PA STATE EMPLOYEES CU/PSECU** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 67013 | Court Claim Number:10 | ACCOUNT NO.: 8317 |
| | CLAIM:  3,389.74 | |
| HARRISBURG, PA  17106-7013 | COMMENT:  LOAN 1*SIGNATURE LOAN | |

| | | |
|---|---|---|
| **PA STATE EMPLOYEES CU/PSECU** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 67013 | Court Claim Number:12 | ACCOUNT NO.: 8317 |
| | CLAIM:  5,068.19 | |
| HARRISBURG, PA  17106-7013 | COMMENT:  LOAN 15 | |

| | | |
|---|---|---|
| **PRA AG FUNDING LLC** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PORTFOLIO RECOVERY ASSOC | Court Claim Number: | ACCOUNT NO.: 0308 |
| 120 CORPORATE BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23502 | COMMENT:  SYNC BANK/SCH | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:16 | ACCOUNT NO.: 5022 |
| | CLAIM:  3,221.45 | |
| NORFOLK, VA  23541 | COMMENT:  SYNCHRONY*PPC | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2037 | Court Claim Number:15 | ACCOUNT NO.:  2928 |
| | CLAIM:  254.04 | |
| WARREN, MI  48090 | COMMENT:  SYNCHRONY*PAYPAL | |
| **THE BUREAUS** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MGMT | Court Claim Number: | ACCOUNT NO.:  9585 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  FNB OF OMAHA/SCH | |
| **UPGRADE** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 275 BATTERY ST 23RD FL | Court Claim Number: | ACCOUNT NO.:  5014 |
| | CLAIM:  0.00 | |
| SAN FRANCISCO, CA  94111 | COMMENT: | |
| **KML LAW GROUP PC*** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  LAKEVIEW LN/PRAE | |
| **WILLIAM CRAIG ESQ++** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| MORTON AND CRAIG | Court Claim Number: | ACCOUNT NO.: |
| 110 MARTER AVE STE 301 | | |
| | CLAIM:  0.00 | |
| MOORESTOWN, NJ  08057 | COMMENT:  AMERICREDIT~GM FNCL/PRAE | |
| **LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O NATIONSTAR MORTGAGE LLC D/B/A MR CO | Court Claim Number:13 | ACCOUNT NO.:  1918 |
| PO BOX 619094 | | |
| | CLAIM:  1,391.49 | |
| DALLAS, TX  75261-9741 | COMMENT:  $CL-PL*THRU 7/22*FR FLAGSTAR*DOC 73 | |
| **JEFFREY R HUNT ESQ** | Trustee Claim Number:37  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| GRB LAW | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  PEOPLES/PRAE | |
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:38  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:14 | ACCOUNT NO.:  5371 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  618.45 | |
| PITTSBURGH, PA  15212 | COMMENT:  NT/SCH | |
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:39  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.:  7278 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15212 | COMMENT:  $/DOE-PL-CONF*BGN 7/23 DISTRIB*DK | |